UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER WEARY,<br><br>    Defendants. | No. 2:14-cv-2547 TLN CKD P (TEMP)<br><br>FINDINGS AND RECOMMENDATIONS |

On October 13, 2015, then-Magistrate Judge Dale A. Drozd ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant Weary. That thirty day period has now passed, and plaintiff has not responded in any way to the court's order.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

---

[1] Although it appears from the file that plaintiff's copy of Judge Drozd's order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 24, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec
perk2547.fusm

2